**Order entered October 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

**V.**

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

Before the Court is appellants' October 2, 2015 fifth motion for an extension of time to provide this Court with the name, State Bar number, address, and telephone number of new counsel. Appellants explain that they did not get the reporter's record until October 2, 2015 and that they are going to hand deliver it to the attorneys who are considering their appeal for their review. We **GRANT** the motion and extend the time to **NOVEMBER 5, 2015**.

Corporate appellants cannot appear before this Court without counsel. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Accordingly, failure of appellants to provide the information by **NOVEMBER 5, 2015**

will result in the dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal without further notice.

/s/ ELIZABETH LANG-MIERS
   JUSTICE